kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

9.  The defendant GUISEPPE TORRENTE is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

10.  The defendant JARED KNOWLTON is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

11.  The defendant ARCHIBALD MACLEOD is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000 kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies to this defendant.

12.  The defendant JONATHAN MITCHELL is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 3,000 kilograms of marijuana but less than 10,000

kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies

to this defendant.

13.  The defendant JAMES GARDNER is accountable for

a quantity of oxycodone that, when converted to marijuana as

provided by USSG §2D1.1 (drug equivalency table), is equivalent

to at least 3,000 kilograms of marijuana but less than 10,000

kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies

to this defendant.

A TRUE BILL


_____
FOREPERSON OF THE GRAND JURY


_____
DAVID G. TOBIN
Assistant U.S. Attorney


    DISTRICT OF MASSACHUSETTS; September 22, 2004.


    Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

9/22/04
@ 12:25pm

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                        **U.S. District Court - District of Massachusetts**

04 CR 10288 SNG

**Place of Offense:** Gloucester          **Category No.** II          **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Espinola, Carlos          Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   63 Endicott Street, Peabody, Massachusetts

Birth date (Year only): 1977  SSN (last 4 #): 3506  Sex M  Race: W          Nationality: _____

**Defense Counsel if known:**  Bradford E. Keene          **Address:** 220 Broadway, Suite 402
                                                              Lynnfield, MA 01940

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin          **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No          List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ☒ No

     ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

**Arrest Date:** 06/30/04

☒ Already in Federal Custody as  of 06/30/04          in  Boston, MA          .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:** ☐ Complaint          ☐ Information          ☒ Indictment

**Total # of Counts:** ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Espinola, Carlos _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Possess w/ Int. to Dist., and to Dist.,Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 10288 NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody _____    **Category No.** II _____    **Investigating Agency** DEA _____

**City** Peabody _____

**County** Essex _____

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    04-MJ-01809-CBS _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Jose F. Melo _____    Juvenile ☐ Yes ☒ No

**Alias Name** Jose Mello _____

**Address** 20 Tracey Street, Apt. 1, Peabody, MA _____

**Birth date (Year only):** 1976 **SSN (last 4 #):** 3506 **Sex** M **Race:** W _____ **Nationality:** _____

**Defense Counsel if known:** Stephen Neyman _____    **Address:** 160 State Street, 8th Floor _____
Boston, MA 01209 _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin _____    **Bar Number if applicable** 552558 _____

**Interpreter:** ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☒ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04 _____

☒ **Already in Federal Custody as** of 06/30/04 _____ in Boston, MA _____
☐ **Already in State Custody** _____    ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** **Ordered by** _____ on _____

**Charging Document:** ☐ **Complaint** ☐ **Information** ☒ **Indictment**

**Total # of Counts:** ☐ **Petty** _____ ☐ **Misdemeanor** _____ ☒ **Felony** 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Jose F. Melo _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. Dist, and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 841(a)(1) | Distribution of Oxycodone  + Aiding/Abetting | 16 |
| Set 3  21 USC § 841(a)(1) | Distribution of Oxycodone  + Aiding/Abetting | 17 |
| Set 4  21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Melo JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:** Gloucester          **Category No.** II          **Investigating Agency** DEA

**City** Gloucester                    **Related Case Information:**

**County** Essex                        Superseding Ind./ Inf. _____     Case No. _____
                                        Same Defendant _____ New Defendant _____
                                        Magistrate Judge Case Number   04-MJ-01809-CBS
                                        Search Warrant Case Number _____
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Joseph Baldassano                    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   220 Washington Street, Gloucester, MA

Birth date (Year only): 1981   SSN (last 4 #): 9858   Sex M   Race: W   Nationality: _____

**Defense Counsel if known:**   Elliot M. Weinstein          **Address:** 228 Lewis Wharf
                                                              Boston, MA  02110

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   David G. Tobin                    **Bar Number if applicable** 552558

**Interpreter:**   ☐ Yes  ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

          ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

**Arrest Date:**   06/30/04

☒ Already in Federal Custody as   of 06/30/04          in   Boston, MA          .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   4

### Continue on Page 2 for Entry of U.S.C. Citations

☐     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.

**Date:**  09/22/04          **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Joseph Baldassano _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 16 |
| Set 4 | 21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 17 |
| Set 5 | 21 USC § 853 | Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Baldassano JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**    04 CR 10288 UNJ    U.S. District Court - District of Massachusetts

**Place of Offense:** Gloucester    Category No. II    **Investigating Agency** DEA

**City** Gloucester    Related Case Information:

**County** Essex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant
Magistrate Judge Case Number    04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Matthew Cream    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address    16 Harrison Avenue, Gloucester, MA

Birth date (Year only): 1981    SSN (last 4 #): 7776    Sex M    Race: W    Nationality: _____

**Defense Counsel if known:** Bruce G. Linson    **Address:** 220 Commercial Street
Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin    **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No    List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** 07/02/04

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☒ On Pretrial Release: **Ordered by** CBS    on 07/23/04

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony 3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:** _____

**JS 45 (5/97) - (Revised USAO MA 1/15/04)**

## Criminal Case Cover Sheet    04 CR 1 0288 NG U.S. District Court - District of Massachusetts

**Place of Offense:** Gloucester    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Jason Matthews    Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** 57 Prospect Street, Apt. 1, Gloucester, MA

**Birth date (Year only):** 1980  **SSN (last 4 #):** 4102  **Sex** M  **Race:** W    **Nationality:** _____

**Defense Counsel if known:** Richard M. Welsh    **Address:** 80 Worcester Street, Suite 5
North Grafton, MA 01536

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin    **Bar Number if applicable** 552558

**Interpreter:**  ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** 07/02/04

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  **Ordered by** CBS    **on** 07/12/04

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  1

### Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Jason Matthews _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Matthews JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 01CR 10288 NG **U.S. District Court - District of Massachusetts**

Place of Offense: __Gloucester__    Category No. __II__    Investigating Agency __DEA__

City __Gloucester__    Related Case Information:

County __Essex__    Superseding Ind./ Inf. _____ Case No. _____
    Same Defendant _____ New Defendant _____
    Magistrate Judge Case Number __04-MJ-01809-CBS__
    Search Warrant Case Number _____
    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Joseph Allen__    Juvenile ☐ Yes ☒ No

Alias Name _____

Address __8 Reservoir Road, Gloucester, MA__

Birth date (Year only): __1978__ SSN (last 4 #): __2491__ Sex __M__ Race: __W__ Nationality: _____

**Defense Counsel if known:** __James L. Sultan__    Address: __1 Commercial Wharf North__
    __Boston, MA  02110__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__    Bar Number if applicable __552558__

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

    ☐ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** __07/02/04__

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by __RWZ__    on __08/09/04__

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __3__

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**   Joseph Allen _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 16 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 17 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Allen JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/18/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  Gloucester          Category No.  II          Investigating Agency  DEA

City   Gloucester                      **Related Case Information:**

County  Essex                          Superseding Ind./ Inf.  _____      Case No.  _____
                                       Same Defendant _____   New Defendant _____
                                       Magistrate Judge Case Number   04-MJ-01809-CBS
                                       Search Warrant Case Number   _____
                                       R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   Keith Behsman                    Juvenile   ☐ Yes   ☒ No

Alias Name   _____

Address   40 Sarah Avenue, Lowell, Massachusetts

Birth date (Year only):  1978   SSN (last 4 #):  4464  Sex  M  Race:   B          Nationality:  _____

**Defense Counsel if known:**   Michael C. Bourbeau          **Address:**  21 Union Street
                                                                          Boston, MA  02108

**Bar Number:**   _____

**U.S. Attorney Information:**

AUSA   David G. Tobin                   **Bar Number if applicable**  552558

Interpreter:   ☐ Yes  ☒ No          **List language and/or dialect:**  _____

Matter to be SEALED:   ☐ Yes   ☒ No

          ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

Arrest Date:   06/30/04

☒ Already in Federal Custody as   of 06/30/04          in   Boston, MA          .
☐ Already in State Custody  _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by  _____  on   _____

Charging Document:   ☐ Complaint          ☐ Information          ☒ Indictment

Total # of Counts:   ☐ Petty  _____   ☐ Misdemeanor  _____   ☒ Felony   9

**Continue on Page 2 for Entry of U.S.C. Citations**

☐          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
           accurately set forth above.

**Date:**  09/22/04                    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Keith Behsman _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 841(a)(1) | Distribution of Oxycodone | 2 |
| Set 3  21 USC § 841(a)(1) | Distribution of Oxycodone | 3 |
| Set 4  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 5  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 6  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 7  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 8  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 9  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 10 |
| Set 10  21 USC § 853 | Forfeiture Allegation | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Behsman JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody          **Category No.** II          **Investigating Agency** DEA

**City** Peabody                    **Related Case Information:**

**County** Essex                    Superseding Ind./ Inf. _____  Case No. _____
                                    Same Defendant _____  New Defendant _____
                                    Magistrate Judge Case Number  04-MJ-01809-CBS
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Jonathan Mitchell                    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   5 Exchange Street, Gloucester, MA

Birth date (Year only): 1979  SSN (last 4 #): 7923  Sex M  Race: W          Nationality: _____

**Defense Counsel if known:**  Edward J. O'Reilly    **Address:** 46 Middle Street, 2nd Floor
                                                                Gloucester, MA  01930

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin                    **Bar Number if applicable**  552558

**Interpreter:**  ☐ Yes ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

          ☐ **Warrant Requested**          ☒ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:**   06/30/04

☐ **Already in Federal Custody as** _____  in _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  **Ordered by** CBS          **on** 07/02/04

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date:**  09/22/04                    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jonathan Mitchell _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| **Set 1**  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| **Set 2**  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| **Set 3**  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| **Set 4**  21 USC 853 | Forfeiture Allegation | |
| **Set 5** | | |
| **Set 6** | | |
| **Set 7** | | |
| **Set 8** | | |
| **Set 9** | | |
| **Set 10** | | |
| **Set 11** | | |
| **Set 12** | | |
| **Set 13** | | |
| **Set 14** | | |
| **Set 15** | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 3/25/98)

**04 CR 10288 NG**

**Criminal Case Cover Sheet**                           **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester        **Category No.** II          **Investigating Agency** DEA

**City** Gloucester                    **Related Case Information:**

**County** Essex                       Superseding Ind./ Inf. _____  Case No. _____
                                       Same Defendant _____  New Defendant _____
                                       Magistrate Judge Case Number   04-MJ-01809-CBS
                                       Search Warrant Case Number _____
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   James R. Gardner                    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   14 Centennial Avenue, Apartment 1, Gloucester, MA

Birth date (Year only):  1978   SSN (last 4 #):  7752  Sex  M  Race:  W          Nationality: _____

**Defense Counsel if known:**  Theodore W. Beauparlant     **Address:**  166 Kenoza Avenue
                                                                          Haverhill, MA  01830
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   David G. Tobin                    **Bar Number if applicable**  552558

**Interpreter:**  ☐ Yes  ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

        ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**   06/30/04

☐ **Already in Federal Custody as** _____  in _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  Ordered by  CBS _____  on  07/02/04

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**  09/22/04          **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    James R. Gardner _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Sheet** 04 CR 10288 NG U.S. District Court - District of Massachusetts

**Place of Offense:** Gloucester    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Philip R. Albert, Jr.    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   10 Babson Street, Gloucester, MA

Birth date (Year only):  1977   SSN (last 4 #):  8899   Sex  M   Race:  W    Nationality: _____

**Defense Counsel if known:**   John Andrews & Marc Salinas    **Address:** 70 Washington Street, Suite 211
Salem, MA 01970

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   David G. Tobin    **Bar Number if applicable**  552558

**Interpreter:**  ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**   06/30/04

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  CBS    on   07/02/04

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  09/22/04    **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Philip R. Albert, Jr. _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Albert JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 3/25/02)    **04 CR 1 0 2 8 8 NG**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody          **Category No.** II          **Investigating Agency** DEA

**City** Peabody                    **Related Case Information:**

**County** Essex                    Superseding Ind./ Inf. _____    Case No. _____
                                    Same Defendant _____    New Defendant _____
                                    Magistrate Judge Case Number    04-MJ-01809-CBS
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Jared Knowlton          **Juvenile** ☐ Yes  ☒ No

**Alias Name** _____

**Address** 11 Tolman Avenue, Gloucester, MA

**Birth date (Year only):** 1974  **SSN (last 4 #):** 1719  **Sex** M  **Race:** _____  **Nationality:** _____

**Defense Counsel if known:** Michael F. Natola          **Address:** 240 Commercial Street, Suite 2B
                                                                    Boston, MA 02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin          **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes  ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

        ☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** 06/30/04

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  **Ordered by** CBS          **on** 07/02/04

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony 2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jared Knowlton _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2   21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 3   21 USC 853 | Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 3/7/2004)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester        **Category No.** II        **Investigating Agency** DEA

**City**  Gloucester                    **Related Case Information:**

**County**  Essex                       Superseding Ind./ Inf. _____    Case No. _____
                                        Same Defendant _____    New Defendant _____
                                        Magistrate Judge Case Number   04-MJ-01809-CBS
                                        Search Warrant Case Number _____
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Archibald MacLeod                    Juvenile  ☐ Yes    ☐ No

Alias Name _____

Address    124-Rear Centennial Avenue, Gloucester, MA

Birth date (Year only): _____  SSN (last 4 #): _____  Sex ___  Race: _____  Nationality: _____

**Defense Counsel if known:**    Roger Witkin        **Address:** 6 Beacon Street, Suite 1010
                                                             Boston, MA  02108

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin                    **Bar Number if applicable** 552558

**Interpreter:**    ☐ Yes  ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:**    ☐ Yes    ☒ No

            ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**    07/12/04

☐ Already in Federal Custody as _____   in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:    Ordered by  CBS        on    07/12/04

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony  5

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  09/22/04                    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Archibald MacLeod _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 9 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 13 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 14 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 15 |
| Set 6 | 21 USC § 853 | Forfeiture Allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 1/1/98)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  Gloucester          Category No.  2          Investigating Agency  DEA

City   Gloucester                    Related Case Information:

County   Essex                    Superseding Ind./ Inf.  _____     Case No.  _____
                                   Same Defendant  _____     New Defendant  _____
                                   Magistrate Judge Case Number  04-MJ-01809-CBS
                                   Search Warrant Case Number  _____
                                   R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   Giuseppe S. Torrente                Juvenile   ☐ Yes   ☒ No

Alias Name   Joseph Torrente

Address   9 Fleetwood Drive, Gloucester, MA

Birth date (Year only):  1980  SSN (last 4 #):  9986  Sex  M  Race:   W       Nationality:  _____

**Defense Counsel if known:**   Stephen D. Judge          Address:  23 Central Avenue #605
                                                                    Lynn, MA  01901

**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA   David G. Tobin                Bar Number if applicable  552558

Interpreter:   ☐ Yes  ☒ No          List language and/or dialect:  _____

Matter to be SEALED:   ☐ Yes  ☒ No

          ☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**   07/15/04

☐ Already in Federal Custody as  _____  in  _____ .
☐ Already in State Custody  _____     ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  CBS          on   07/15/04

**Charging Document:**   ☐ Complaint     ☐ Information     ☒ Indictment

**Total # of Counts:**   ☐ Petty  _____   ☐ Misdemeanor  _____   ☒ Felony  3

                    **Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**   09/22/04          **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Giuseppe S. Torrente _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 11 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 12 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

Torrente JS45.wpd - 1/15/04 (USAO-MA)