**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

        Plaintiff,     CRIMINAL ACTION
                                NO. 04-10288-NG
v.

CARLOS ESPINOLA
MATTHEW CREAM
JASON MATTHEWS
JOSEPH ALLEN
KEITH BEHSMAN
JONATHAN MITCHELL
JAREN KNOWLTON

        Defendant,

---

TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

| | |
|---|---|
| U.S. District Court<br>595 Main Street<br>Worcester, MA 01608 | **COURTROOM #1, 5th FLOOR**<br>Date and Time:<br>**October 4, 2004, 10:00 A.M.** |

Type of Proceeding:

**ARRAIGNMENT**

---

                              CHARLES B. SWARTWOOD, III
                              MAGISTRATE JUDGE

September 28, 2004        /s/ Lisa B. Roland
Date                       Lisa B. Roland,
                           Deputy Clerk
                           (508) 929-9905

cc: All counsel