UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    v.                                                  Criminal No. 04-10288-RWZ

MATTHEW CREAM


### DEFENDANT MATTHEW CREAM'S MOTION TO JOIN IN JOINT MOTION OF DEFENDANT S JOSEPH ALLEN, PHILIP ALBERT, JR., CARLOS ESPINOLA, JAMES GARDNER AND JARED KNOWLTON FOR DISCOVERY

NOW COMES the defendant, Matthew Cream, and respectfully moves this Honorable Court for leave to join in the Joint Motion of Defendants Joseph Allen, Philip Albert, Jr., Carlos Espinola, James Gardner and Jared Knowlton for Discovery filed by those parties previously in the above- numbered matter.

                                               Respectfully submitted,
                                               Matthew Cream
                                               By his Attorney,


                                               /s/  *BruceLinson*
                                               Bruce Linson
                                             BBO # 637413
                                             Howe & Bainbridge Building
                                             220 Commercial Street
                                             Boston, MA  02109
                                             (617) 371-0900


DATED:       April 15, 2005.

CERTIFICATE OF SERVICE

       I, Bruce Linson, hereby certify that I served a copy of the foregoing document on all parties of record in this matter via electronic filing and via first class mail, postage prepaid, on this the 15th day of April 2005, to:

    AUSA David Tobin
    U.S. Courthouse, Suite 9200
    1 Courthouse Way
    Boston, MA  02210

                                                     /s/  *Bruce Linson*
                                                    Bruce Linson