UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
    v.                   )    Criminal No. 04-10288-RWZ
                         )
MATTHEW CREAM            )

DEFENDANT MATTHEW CREAM'S MOTION FOR
PRE-PLEA PROBATION SENTENCING REPORT

NOW COMES the defendant, Matthew Cream, and respectfully moves this Honorable Court to ORDER the United States Probation Department to provide a pre-plea sentencing report in the above-captioned matter. As grounds for this request, the defendant and counsel state that this information is necessary to properly make an informed decision about the consequences of pleading guilty versus going to trial.

                              Respectfully submitted,
                              Matthew Cream
                              By his Attorney,


                              ____/s/  *Bruce Linson*____
                              Bruce Linson
                              BBO # 637413
                              Howe & Bainbridge Building
                              220 Commercial Street
                              Boston, MA  02109
                              (617) 371-0900

DATED:    August 12, 2005.

CERTIFICATE OF SERVICE

    I, Bruce Linson, hereby certify that I served a copy of the foregoing document on all parties of record in this matter via electronic filing, and via first class mail, postage prepaid, on this the 12th day of August 2005, to:

    AUSA David Tobin
    U.S. Courthouse, Suite 9200
    1 Courthouse Way
    Boston, MA  02210

                                              /s/   *Bruce Linson*
                                              Bruce Linson