```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA          )
                                  )        CRIMINAL NO. 04-10288-REK
      v.                          )
                                  )
CARLOS ESPINOLA, ET AL.,          )
         Defendants         )
                                  )

**Notice Of Appearance Of Attorney
For The Government**

The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney, hereby files this notice of appearance of Assistant U.S. Attorney Michael J. Pelgro as attorney for the government in the above-captioned action.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                  United States Attorney

                         By:   /s/Michael J. Pelgro
                            Michael J. Pelgro
                            Assistant U.S. Attorney

DATED:     March 22, 2006.

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copy will be sent to those indicated as non-registered participants on March 22, 2006.

                                /s/Michael J. Pelgro
                                Michael J. Pelgro
                                Assistant U.S. Attorney