UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 APR 20  P 4: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

v.                                                    Criminal No. 04-10288-RWZ

MATTHEW CREAM

## MOTION TO FILE MATTHEW CREAM'S SENTENCING MEMORANDUM UNDER SEAL

NOW COMES Matthew Cream, by and through counsel, and respectfully moves this Honorable Court to allow him to file his Sentencing Memorandum in the above-captioned matter under seal. As grounds therefore, counsel states that there is personal information contained therein which may be subject to various privileges and which would cause undue hardship to the defendant if published.

WHEREFORE, given the sensitive nature of the information contained in the documents at issue, the defendant requests that the Court allow his motion to file his Sentencing Memorandum under seal.

Respectfully submitted,
Matthew Cream
By his Attorney,

*[signature]*

Bruce Linson
BBO # 637413
Howe & Bainbridge Building
220 Commercial Street
Boston, MA  02109
(617) 371-0900

DATED: April 20, 2006.