```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA

    v.                                Criminal No. 04-10288-RWZ

MATTHEW CREAM

<u>MATTHEW CREAM'S OPPOSITION TO
GOVERNMENT'S MOTION TO CONTINUE SENTENCING</u>

    NOW COMES Matthew Cream, and respectfully opposes the government's motion to continue his sentencing in the above-captioned matter.  As grounds therefore, the defendant states that the Presentence Report is complete, his sentencing memorandum is filed, and he is ready for sentencing.

    Counsel further states that he has taken substantial measures to notify and prepare the defendant's family, friends and treatment providers for the defendant's sentencing, and that many people have changed there schedules to be at the sentencing.  One of the closest persons to Matthew, Jennifer Pearce, has taken days off from work and made travel plans to attend the presently scheduled hearing from New York City.  The government's last minute request unfairly intrudes on those effort.

     The government's argument about judicial economy is unpersuasive.  The Court will be required to assess the

testimony taken at each sentencing hearing at the time it is taken. The government's desire to do less work should not outweigh the defendant's right to a prompt sentencing, especially while is awaiting sentencing in a state prison facility.

As the Court is aware, Mr. Cream pled guilty on March 17, 2006, and did not seek to postpone his confinement as did many of his co-defendants. At the time, the Presentence Report was nearly complete, and it was contemplated that he would be sentenced promptly so that he could avail himself of the treatment and service available in the federal prison system.[1]

After his plea in this matter, the Court recommended that Matthew await sentencing at the federal prison at Fort Devens, so that he may immediately avail himself of mental health service there. Unfortunately, that recommendation was not honored, and Matthew is presently awaiting sentencing at the Essex County Correctional Facility in Middleton. Obviously, he is not receiving any treatment at that facility. In addition, on information and belief, it takes an additional six weeks to process and transfer

---

[1] The defendant refers this court to the Presentence Report prepared by Probation as well as his Sentencing Memorandum relative the defendant's need for mental health and drug related treatment.

inmates to the Bureau of Prisons from Middleton once sentence is imposed.

The defendant hopes the Court will find that his need for a prompt sentencing and the problems associated with rescheduling will outweigh the government's interest in saving time.  But for the delay in the preparation of his pre-plea presentence report, Matthew would have tendered his guilty plea at a much earlier date.  The defendant preys the Court will not prolong his sentencing.

WHEREFORE, the defendant respectfully requests that this Honorable Court hold his sentencing hearing as presently scheduled.

> Respectfully submitted,
> Matthew Cream
> By his Attorney,
>
>   /s/   *Bruce Linson*
> Bruce Linson
> BBO # 637413
> Howe & Bainbridge Building
> 220 Commercial Street
> Boston, MA   02109
> (617) 371-0900

DATED:  April 21, 2006.

CERTIFICATE OF SERVICE

    I, Bruce Linson, hereby certify that I served a copy of the foregoing document on all parties of record in this matter via electronic filing on this the 21st day of April 2006, and specifically to:

    David Tobin, Esq.
    Assistant United States Attorney
    John W. Moakley Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02210

                                            /s/  *Bruce Linson*
                                            Bruce Linson