**Westlaw.**  NewsRoom

1/15/06 BOSTONH 5                                                                     Page 1

1/15/06 Boston Herald 5
2006 WLNR 828461

Boston Herald (MA)
Copyright (c) 2006 Boston Herald. All rights reserved.

**January 15, 2006**

Section: News

PRESCRIPTION FOR **ADDICTION; OxyContin** boom: Side effects may include drug habit, crime

By LAURA CRIMALDI

Bay State doctors are prescribing oxycodone painkillers at a record pace, alarming health officials as they roll out a $400,000 state ad blitz warning kids of the drug's deadly addictive threat, the Herald has learned.

The number of prescriptions for oxycodone products, including **OxyContin**, Percocet and Tylox, has skyrocketed by almost 50 percent in five years, from a little over 1 million in fiscal year 2000 to nearly 1.5 million in fiscal year 2005, according to statistics from the state Prescription Monitoring Program.

"We're now misusing these pharmaceuticals and it's tearing apart lives. The more you prescribe, the more **addiction** you will breed," said state Rep. Peter Koutoujian (D-Watertown), who is chairman of the Legislature's **OxyContin** Commission.

This week, the state Department of Public Health will roll out radio and transit ads discouraging teens from abusing **OxyContin** and other prescription drugs.

Oxycodone prescriptions are rising amid two polarizing trends: an **OxyContin**-abuse epidemic fueling a black market on one hand, and intensifying pressure on health professionals to improve pain treatment on the other.

The picture of opiate **addiction** statewide is bleak. From 1990 to 2003, the number of opiate-related deaths soared from 94 to 574, according to Michael Botticelli, assistant commissioner for substance-abuse services at the state Department of Public Health. From 1999 to 2002, the number of hospital visits related to opiate use rose by 134 percent, he said.

Addicts resort to desperate measures to get their hands on the powerful painkillers by "doctor shopping" for a prescription or buying it on the black market for as much as $80 a pill. Last summer, the Board of Registration in

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

1/15/06 BOSTONH 5                                                        Page 2

Medicine suspended the license of Dr. Michael Brown, a Sandwich internist nicknamed "Dr. Feel Good," who had been accused of grossly overprescribing **OxyContin**.

   "There are doctors out there who will prescribe it without investigating the person saying they are in pain," said Joanne Peterson, founder of Learn2Cope, a support group for parents whose children are addicted to heroin and **OxyContin**.

   However, health-care professionals say they face tremendous pressure from oversight agencies, including the Joint Commission on Accreditation of Healthcare Organizations, to do a better job of treating pain.

   As lawsuits pile up from plaintiffs who either got hooked or claim doctors did not do enough to treat their pain, doctors and nurses are snared in a Catch-22.

   "There's too much polarization based on emotion and fear," said Tom Quinn, a nurse at Massachusetts General Hospital and project director for the MGH Cares About Pain Relief program. "It's our responsibility to know about the laws and the risk, but it's also our responsibility to treat our patients. There are some people out there who have not even gotten a DEA license to prescribe opiates because of that fear and that, in my opinion, borders on the unethical."

   Dr. James Otis of the Pain Management Group at Boston Medical Center said new MassHealth rules requiring prior authorization for certain daily dosages of methadone and morphine may account for the increase in oxycodone prescriptions.

   But Dr. P.S. Kishore, **addiction** specialist and founder of the National Library of **Addictions** in Brookline, said there must be more oversight of painkiller prescriptions.

   "For a small state like us, that's a pretty hefty amount of prescriptions. That's a fair amount of pain," Kishore said, referring to the nearly 1.5 million pain scripts - one for every four Bay State residents. "Where are all these extra prescriptions coming from? Where is the pain burden coming from?"

   CAPTION: SUPPLY AND DEMAND: Abuse of **OxyContin** has forced pharmacists to take extra percautions about dispensing the popular painkiller. Staff photo by Patrick Whittemore

   CAPTION: A LOT PAIN: Dr. P.S. Kishore, an **addiction** specialist, examines some pills at his office at the National Library of **Addiction** in Brookline. Staff photo by Tara Carvalho

                         ---- INDEX REFERENCES ----

COMPANY: PARTNERS HEALTHCARE SYSTEM INC

NEWS SUBJECT:   (Drug **Addiction** (1DR84); Health & Family (1HE30))

INDUSTRY:   (Drugs (1DR89); Healthcare (1HE06); Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Medical Errors & Negligence (1ME81); Clinical Outcomes (1CL11); Pain Management (1PA72); Prescription Drugs (1PR52))

                  © 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Westlaw.**  **NewsRoom**

6/29/05 BOSTONH 10                                                              Page 1

6/29/05 Boston Herald 10
2005 WLNR 10258702

Boston Herald (MA)
Copyright (c) 2005 Boston Herald. All rights reserved.

**June 29, 2005**

Section: News

Report shows Bay State spike in opioid deaths

JESSICA HESLAM

The number of Bay Staters - especially young people - dying from overdoses of heroin, **OxyContin** and other opioids has skyrocketed, according to a new state report.

Officials said 836 people died from "poisonings" in 2003. Of those, 574 died from overdosing on the class of drugs known as opioids.

That's six times the number of Bay Staters - 94 - who died of opioid overdoses in 1990.

Driving the spike is the cheap, high-purity heroin that hit Massachusetts streets - and streets throughout New England - in the mid to late 1990s. Health officials also have been concerned about the number of **OxyContin** overdoses during the past five years.

"We've been very concerned in terms of young-adult use rates in **OxyContin**," said Michael Botticelli, assistant commissioner for substance abuse services at the state Department of Public Health.

"We are always concerned when we see these kinds of numbers," Botticelli said.

Fatal opioid overdoses were highest among Hispanics, the report shows.

Injuries, which include drug overdoses, car accidents and falls, were the No. 1 cause of death among people under age 44, the report said.

The report also shows heart disease and cancer are still the leading causes of death in Massachusetts, accounting for nearly half of all deaths.

But the good news is fewer Bay Staters are dying from the diseases. Officials credit prevention initiatives and healthier lifestyles for the decline.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

6/29/05 BOSTONH 10                                                                                      Page 2

    The life expectancy in Massachusetts is higher than the national average. A woman born in the Bay State can expect to live to age 81, while a man's life expectancy is 76.

    The report also showed women represent a growing percentage of people dying from HIV/AIDS - from one in nine HIV/AIDS deaths in 1989 to one in three deaths in 2003.

    There was a 24 percent decline in the Bay State homicide rate from 2002 to 2003.

---- INDEX REFERENCES ----

NEWS SUBJECT:   (Drug **Addiction** (1DR84); Health & Family (1HE30))

REGION:   (Massachusetts (1MA15); USA (1US73); Americas (1AM92); New England (1NE37); North America (1NO39))

Language:   EN

OTHER INDEXING:   (AIDS; MASSACHUSETTS; STATE DEPARTMENT OF PUBLIC)   (Botticelli; Fatal; Injuries; Michael Botticelli; OxyContin)

EDITION: All

Word Count: 374
6/29/05 BOSTONH 10

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

6/2/05 Boston Herald 7
2005 WLNR 8778826

Boston Herald (MA)
Copyright (c) 2005 Boston Herald. All rights reserved.

**June 2, 2005**

Section: News

POWERFUL PILLS; OxyContin woes stir Brighton councilor

Kevin Rothstein

The OxyContin wars have opened a new front in Allston-Brighton, officials said, where families are seeing kids as young as 10 try the wildly addictive prescription drug.

"We've got a problem just as bad as Southie," said District 9 Councilor Jerry P. McDermott (D-Brighton). "We've had calls from mothers who are telling us that girls are performing oral sex in the park for a hit of OxyContin."

To try and inoculate the neighborhood youth to the painkiller's lure, the Allston-Brighton Drug Task Force is hosting a youth drug summit today at Boston College for more than 1,200 schoolkids.

While Charlestown and South Boston may have been epicenters of Boston's OxyContin crisis, Allston-Brighton has in the past year seen a spike in the painkiller's use, including three overdose deaths within the past eight months, McDermott said.

Along with the now-familiar tales of kids stealing from relatives to feed their cravings, the neighborhood has seen a spike in house and car break-ins and hypodermic needles have been found on the ground. Six new crime-watch groups have formed and attendance is good at a one-year-old 12-step program for teens.

"I get parents calling all the time. They're in good families," said Dierdre Houtmeyer, director of St. Elizabeth's Comprehensive Addiction Program.

---- INDEX REFERENCES ----

NEWS SUBJECT:   (Drug Addiction (1DR84); Health & Family (1HE30))

REGION:   (Massachusetts (1MA15); USA (1US73); Americas (1AM92); New England (1NE37); North America (1NO39))

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Westlaw.**   **NewsRoom**

5/4/05 BOSTONH 7                                                                                Page 1

5/4/05 Boston Herald 7
2005 WLNR 6999321

Boston Herald (MA)
Copyright (c) 2005 Boston Herald. All rights reserved.

**May 4, 2005**

Section: News

For addicts, pills pave a precarious path

ANN E. DONLAN

Derek Surette was a college freshman who just wanted to party, but after he chewed his first **OxyContin** pill, the handsome former East Boston hockey player became a junkie, terrorizing his family for cash, jewelry - anything he could sell to feed his $500-a-day habit.

"I was going to Suffolk University," Surette, 23, said in an interview at the Meridian House residential drug treatment program in East Boston. "I was doing good in school. That summer, Oxys came around and my friends started doing them. They were just going to party. Take an Oxy, drink some beers."

But the **addiction** took hold quickly, and Surette's life plunged into crisis as he stole family heirlooms from his father, broke into his grandparents' house to take money, shoplifted from stores to pay for his next $80 pill.

"My life just started spinning out of control once I did Oxy," Surette said. "You'll hurt whoever it takes. It doesn't matter. It's crazy. It's ugly."

For Shannon Lundin, 26, of Charlestown, **OxyContin addiction** quickly escorted her into heroin use.

"Heroin was cheaper. It was more potent," she said. "For me, the OCs just weren't cutting it."

As they share their recovery time, Lundin and Surette say they believe **OxyContin** has caused an **addiction** crisis unlike those that hit generations before them.

"It's a bad era," Surette said. "No one ever asks to be a drug addict. We were just born into a time - it's like one of the worst drug episodes ever."

Caption: PAIN RELIEF: Derek Surette of East Boston, right, and Shannon Lundin of

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Westlaw.**  **NewsRoom**

2/13/05 BOSTONH 4                                                    Page 1

2/13/05 Boston Herald 4
2005 WLNR 2044197

Boston Herald (MA)
Copyright (c) 2005 Boston Herald. All rights reserved.

**February 13, 2005**

Section: News

Killer drug goes upscale; Pros: **OxyContin** goes from streets to suites

Jessica Heslam

An alarming number of Bay State professionals - lawyers, plumbers, construction workers and teachers - are getting hooked on **OxyContin**, the Herald has learned.

   Bay State counselors say some professionals are even taking the potent pills at work. One treated a man who ground them up during coffee breaks and knows of truck drivers with "Oxy habits."

   Another has seen **OxyContin** addicts that could literally "buy and sell" the clinics where they're getting treated.

   "I've seen blue-collar workers, highly skilled professionals and lawyers. You name it, and we've seen it," said Bob Potter, director of development for Community Substance Abuse Centers.

   "It just doesn't know any social class or economic level," Potter said. "If you came to a clinic and looked at the cars in the parking lots, you would be stunned."

   In Massachusetts, fatal opiod overdoses, which include **OxyContin** and heroin, have risen from 87 in 1990 to 429 in 2002, according to the state Registry of Vital Statistics. The extremely addictive **OxyContin** hit the market in 1996.

   Cops and counselors today are dealing with a huge increase of teenage and early 20-something **OxyContin** addicts, but are also seeing a disturbing number of adult professionals getting hooked. Bank accounts are being wiped out and families destroyed, they said.

   "I've seen a lot of working-class people who do jobs that you wouldn't particularly want them to take **OxyContin** while their doing it," said D. Stewart Jester, a licensed mental health counselor in Arlington.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2/13/05 BOSTONH 4                                                      Page 2

"Some are doing it on the job," Jester said. "I'm very concerned about it."

Many professionals get hooked after getting an "OC" prescription for severe back pain, post-surgery pain and other ailments. The time-released pills are designed to work over 12 hours, but when chewed, crushed and snorted, abusers get a quick heroin-like high. Others get it from co-workers and pals.

"What happens is, they might normally have gone out and gone drinking to release stress from their jobs and they will take **OxyContin** or snort **OxyContin** or shoot it up to get high instead of drinking," Jester said.

Mark Cassidy, 45, got hooked on **OxyContin** after it was prescribed to him for back pain. The former florist was kicked out of his home and sleeping in his car.

Cassidy, who has been drug-free for nearly three years, used to shop around for different doctors to get a prescription.

"It consumes your life. That's what you do everyday," said Cassidy, who now works as a counselor's aide at the Miller House on Cape Cod.

On the street, "OC's" sell for $1 a milligram or about $80 for an 80 milligram tablet. But when the money runs out, many addicts turn to heroin, which sells for about $4 a bag and whose purity is stronger than ever today. It also can be snorted.

Bay State officials fear a rise in burglaries and violent crime when the price of heroin goes up.

State police Lt. Kenneth Gill said the **OxyContin** problem has created a whole new generation of heroin users. He said **OxyContin** "doesn't discriminate."

"We're seeing all different types of people that are using it," said Gill, who is assigned to the Essex County District Attorney's office, where cops have seen businessmen and homemakers at drug houses during stakeouts.

Potter said **OxyContin** use in the Bay State is more widespread than it's ever been.

"It's just flooded the communities," said Potter, whose center runs 10 methadone clinics in three states. "It's probably easier to get **OxyContin** than a quality bag of marijuana in any community in Massachusetts."

What is it, what's it do?

One of the most effective pain relievers ever devised, **OxyContin** (trade name oxycodone hydrochloride) has been prescribed for cancer, back pain and other injuries since 1996.

An agonist opiod, it stimulates opiod receptors throughout the central nervous system, creating sensations from pain release to euphoria. The more you take, the better you feel until more is needed to feel better, leading to powerful **addiction**.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

2/13/05 BOSTONH 4                                                                Page 3


    To avoid the controlled-release mechanism in prescription pills, abusers chew, snort or inject **OxyContin** to get an instant "high."

    An 80 milligram tablet costs $6 legally and between $65 and $80 on the street.

    Nine percent of all Americans (19.9 million) have used pain relievers illegally at some point in the lives, according to the U.S. Drug Enforcement Administration.

Caption: Mark Cassidy, 45, a former **OxyContin** user, got hooked on the drug after it was prescribed for back pain. Drug-free for three years, the former florist works as a counselor's aide at the Miller House on Cape Cod.

                ---- INDEX REFERENCES ----

NEWS SUBJECT:   (Drug **Addiction** (1DR84); Health & Family (1HE30))

INDUSTRY:   (Pharmaceuticals & Biotechnology (1PH13); Prescription Drugs (1PR52))

REGION:  (Massachusetts (1MA15); USA (1US73); Americas (1AM92); New England (1NE37); North America (1NO39))

Language:   EN

OTHER INDEXING:  (COMMUNITY SUBSTANCE ABUSE; HERALD; MILLER HOUSE; OC; **OXYCONTIN**; STATE POLICE; US DRUG ENFORCEMENT ADMINISTRATION)  (Bob Potter; Caption: Mark Cassidy; Cassidy; D. Stewart Jester; Gill; Jester; Kenneth Gill; Killer; Mark Cassidy; Potter)

EDITION: All

Word Count: 929
2/13/05 BOSTONH 4

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Westlaw.                                                                NewsRoom

1/15/06 BOSTONH 4                                                          Page 1

1/15/06 Boston Herald 4
2006 WLNR 828464

Boston Herald (MA)
Copyright (c) 2006 Boston Herald. All rights reserved.

**January 15, 2006**

Section: News

Ads to warn of painkiller hell

LAURA CRIMALDI

The Department of Public Health's $400,000 ad campaign targeting **OxyContin** and prescription-drug abuse among teens consists of two radio spots and two transit ads that will be rolled out Tuesday, said Dick Powers, a spokesman for the state Department of Public Health.

This is the first time health officials have launched a statewide public-awareness campaign about prescription-drug abuse.

"I believe that there are a lot of youngsters who have recreationally tried using **OxyContin** and never realized how addictive it is. I think there are a lot of youngsters who might have a serious problem and might have no place to turn," said state Sen. Steven Tolman (D-Brighton), chairman of the Senate Committee on Mental Health and Substance Abuse. "The ads are important for them to know, 'Don't go near this.'"

The radio spots consist of real-life testimonials from teens caught in the grips of **OxyContin addiction**.

The transit ads will be unveiled at the end of the month and will appear inside MBTA stations and on MBTA vehicles and regional transit buses statewide, Powers said. The ads also feature a toll-free helpline number.

"I don't think the 1-800 number is ready to deal with the calls that it will get," Tolman said. "I hope I'm wrong. I hope I'm wrong, but I think we have a much more serious problem than we think."

GRAPHIC: Strong medicine; The rapid rise in oxycodone prescriptions and related concerns about **addiction** have prompted state health officials to launch an ad blitz urging caution and offering help.

Here are the numbers of prescriptions for all oxycodone products written by

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

1/15/06 BOSTONH 4                                                                Page 2

practitioners (physicians, dentists, podiatrists, nurse practictioners) in Massachusetts.

    FY00  1,054,305

    FY01  1,202,978

    FY02  1,182,792

    FY03  1,381,470

    FY04  1,400,535

    FY05  1,498,352

    Here is the text of a radio ad to be launched Tuesday by the Department of Public Health

    Jonah:

    "I was always a popular guy. Everyone knew me. I dated the most popular girls. I was the best at every sport I played. I never really cared too much for drugs . . . it wasn't really my thing.

    "At one point in my life, I was dealing with rejection. . . . So I tried **OxyContin** to help me feel better and I got hooked.

    "As an addict I did terrible things. I betrayed the people who loved me most. To support my habit, I stole money from my family. I also sold drugs. . . . "I was arrested in October. Today, I'm out on bail looking at 20 years in jail for conspiring to obtain and distribute **OxyContin**. It's been in the paper. It's ruined my family's reputation; my reputation.

    "I'm four months into recovery right now. Not using Oxy is the hardest thing I've had to do. **OxyContin** put all of my future plans on hold!

    I lost family and friends, and may even end up losing my freedom."

    Source: Department of Public Health

    Staff graphic by Jeff Walsh

                              ---- INDEX REFERENCES ----

NEWS SUBJECT:  (Drug **Addiction** (1DR84); Business Management (1BU42); Health & Family (1HE30); Sales & Marketing (1MA51))

INDUSTRY:  (Transportation (1TR48); Drugs (1DR89); Land Transportation (1LA43); Advertising (1AD82); Advertising & Public Relations (1AD83); Analgesics (1AN10); Pharmaceuticals & Biotechnology (1PH13); Pain Management (1PA72); Advertising Campaigns (1AD39); Busing (1BU35); Passenger Transportation (1PA35); Prescription Drugs (1PR52))

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Westlaw.**  **NewsRoom**

10/3/04 BOSTONG 1                                                               Page 1

10/3/04 Boston Globe 1
2004 WLNR 3596069

Boston Globe (MA)
Copyright (c) 2004, Globe Newspaper Company

**October 3, 2004**

Section: Globe North

PILL-SIZED VILLAIN THREATENS YOUTH

BY ALAN LUPO

Maybe it's a plague, for its insidious results are evident throughout the North region, from the toughest urban precincts to the most beguiling of tree-lined suburbs.

The villain, law enforcement authorities contend, is **OxyContin**, a legal and potent painkiller that has increasingly become a drug of choice for the young and middle class. Oh, yes, as has been documented over the last few years, so too has heroin, the pure, affordable stuff that you don't even have to inject into your veins, and when **OxyContin** becomes unaffordable at $40 or $80 a pill, the newly addicted may turn to heroin at four or five bucks a bag.

"**OxyContin** is most definitely a major problem today," says Essex County District Attorney Jonathan Blodgett. "I'd put it right up there with the heroin plague hitting the entire Northeast. I've had parents in here of kids I know, two or three instances of parents coming in to see me. It's the same story. A son or daughter tried the pill, often given by a friend at a party. They become hooked on it instantly. What we're seeing time and again are kids from middle to upper class families trying **OxyContin**. (With the cost), they inevitably graduate to four dollar bags of heroin. We've seen that happen time and again."

Middlesex County District Attorney Martha Coakley echoes Blodgett's concern. "It's way up," she says of **OxyContin** use. "It's up in those communities where in the past we haven't seen those kinds of problems, with both fatal and non-fatal overdoses." Indeed, **OxyContin** and heroin use are the themes this fall for a full-court press her office is doing to reach out to school kids and community leaders. It includes a 15-minute videotape featuring young addicts.

That sort of outreach already has taken place in Malden, where City Councilor Chris Simonelli and other community leaders launched an education project last year, aiming at ninth graders. "A year or so ago," he says, "everywhere I turned, somebody in my family, somebody I knew, somebody in a

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

10/3/04 BOSTONG 1                                                    Page 2

friend's family was getting hooked on **OxyContin**."

Of the schools project, he says, "We're going to beat people over the head so bad, we want to scare kids into not taking it. I lost a friend of mine a couple years back who OD'd on it. He was about 29 or 30 with two kids."

**OxyContin's** appeal is that the high is similar to that of heroin but getting the stuff is seen as safer. "There's a different pattern to the **addiction**," Coakley says. "It's not like walking into a dark alley at 2 a.m. to make a drug deal."

Indeed not. Dealers can be anyone from a member of a local criminal outfit with connections to wholesalers in Mexico or California to freelancers who perhaps have stolen the pills from shippers or their grandmother's medicine cabinet.

"The thing about pharmaceuticals," says State Police Sergeant Mike Grassia, who does drug investigations for Suffolk County District Attorney Dan Conley, is that you get a pure drug, as opposed to heroin, cocaine, any street drug that can be cut with anything. If I was a junkie, I'd prefer getting a pharmaceutical pill. I know they can't tamper with it."

"Kids are stealing from their own relatives," Grassia says, "and bringing them (pills) to school, selling them in school."

Last year, the Essex County Drug Task Force seized 683 **OxyContin** pills. From January through August of this year, it has grabbed 775 pills. "That's almost 100 ahead of last year," says Steve O'Connell, the district attorney's spokesman, "with four months to go."

"There's been a heavy rise in **OxyContin addictions** and arrests," says State Police Lieutenant Dennis Brooks, drugs investigator for Coakley's office. "It's pretty prevalent."

Brooks provided arrest records from Jan. 5 through Sept. 13, showing collars for trafficking in **OxyContin** in Malden, Everett, Wakefield, and Melrose. In one recent bust, which involved alleged dealers in Malden and Revere, cops netted 1,100 pills worth $88,000 and a couple of .25-caliber handguns. Last January, the state troopers nabbed two Everett guys with 300 pills with a street value of $24,000. In February, three men with state prison records and a woman were arrested in Wakefield; in addition to the pills, the police recovered records, cash, and a loaded .357 Magnum. In June, troopers seized a loaded 9mm handgun and a "large amount of currency" from a Malden-based organization. Brooks says the dealers range from gangs with connections to "mom-and-pop" operations. "The majority are individuals who are freelancing," he says.

It is, perhaps, the freelancing that creates the most difficulty for law enforcement officers.

"The emergency room at one hospital," Coakley says, "called State Police and said kids were being dropped off by their friends, kids who had overdosed, and sometimes, those kids don't make it."

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

10/3/04 BOSTONG 1                                                    Page 3

But the information is sketchy. A grieving and shocked family, she says, may not want the youngster to undergo an autopsy. Even so, it could take six to nine months before one gets the results of a toxicology report. "And by then," she says, "it's not on anyone's radar anymore. We don't have really good stats on the non-fatal or fatal ODs. If they're not homicides, we don't do investigations on it."

Coakley says the antidote to that dilemma would be mandatory reporting of drug overdoses; that is, a state law equivalent to that requiring such reporting of, say, gunshot wounds.

She praises Brooks and the state and local cops for cracking down on dealers, "but the problem won't get solved by just that. We need to do more work to raise more awareness, to alert parents and teachers to intervene early. A lot of parents and teachers throw up their hands because they don't know what to do."

Alan Lupo can be reached at lupo@globe.com.

GLOBE NORTH 1 / ALAN LUPO\    TYPE: NO

---- INDEX REFERENCES ----

NEWS SUBJECT:   (Drug **Addiction** (1DR84); Judicial (1JU36); Legal (1LE33); Health & Family (1HE30))

REGION:   (Massachusetts (1MA15); USA (1US73); Americas (1AM92); New England (1NE37); North America (1NO39); Washington (1WA44))

Language:   EN

OTHER INDEXING:   (ESSEX COUNTY DISTRICT; ESSEX COUNTY DRUG TASK FORCE; MIDDLESEX COUNTY DISTRICT; OD; PILL; STATE POLICE; SUFFOLK COUNTY DISTRICT)   (Alan Lupo; Blodgett; Brooks; Chris Simonelli; Coakley; Dan Conley; Dennis Brooks; Grassia; Jonathan Blodgett; Martha Coakley; Mike Grassia; OxyContin; Steve O'Connell)

EDITION: THIRD

Word Count: 1178
10/3/04 BOSTONG 1

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Westlaw.**  **NewsRoom**

4/14/04 BOSTONH 3                                                                Page 1

4/14/04 Boston Herald 3
2004 WLNR 397315

Boston Herald (MA)
Copyright (c) 2004 Boston Herald. All rights reserved.

**April 14, 2004**

Section: News

Our series: Illicit opiates hold deadly allure for teens

Thomas Caywood

Abusing **OxyContin** isn't always fatal, as it may have been in Charlestown over the weekend, but it often leads to a devastating, even deadly heroin habit.

The Herald published a two-part series this month on the alarming spike in opiate abuse among teens.

In 2002, Massachusetts emergency rooms treated more than 2,000 people between the ages of 15 and 24 for opiate overdoses and withdrawal, state figures show.

"We are seeing significant increased use of heroin and **OxyContin**, particularly among younger kids," Michael Botticelli, assistant state public health commissioner for substance abuse, told the Herald. "We're hearing that kids are moving very quickly from **OxyContin** to heroin."

Across the state, in affluent suburbs and hardscrabble cities, teens still in puberty are addicted to cheap, super-pure Colombian heroin. The body count is rising at a staggering rate.

Fatal opiate overdoses among Massachusetts residents 15 to 24 years of age tripled between 1998 and 2001, skyrocketing from 17 to 54 in just three years. Opiate-related hospitalizations, mostly from heroin and **OxyContin**, have more than doubled from 1,174 to 2,532 in the same age range, according to figures compiled by the state Department of Public Health.

Botticelli suspects the available statistics actually low-ball the problem because family and some emergency room doctors are reluctant to report heroin overdoses among kids.

Kids who get hooked on opiates by experimenting with **OxyContin** -- a prescription painkiller that sells illicitly for as much as $80 for an 80 milligram tablet -- often have to switch to $4-a-dose heroin when the opiate

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

4/14/04 BOSTONH 3                                                    Page 2

**addiction** sets in.

Caption: WARNING: The Herald probed the spike in heroin abuse among teenagers earlier this month.

---- INDEX REFERENCES ----

NEWS SUBJECT:   (Parents & Parenting (1PA25); Drug **Addiction** (1DR84); Health & Family (1HE30); Teenagers (1TE59))

REGION:   (Massachusetts (1MA15); USA (1US73); Americas (1AM92); New England (1NE37); North America (1NO39))

Language:   EN

OTHER INDEXING:   (HERALD; MASSACHUSETTS; STATE DEPARTMENT OF PUBLIC)  (Botticelli; Michael Botticelli; OxyContin)

EDITION: All

Word Count: 352
4/14/04 BOSTONH 3

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Westlaw.**                                                                **NewsRoom**

3/3/04 BOSTONH 18                                                                Page 1

3/3/04 Boston Herald 18
2004 WLNR 391457

Boston Herald (MA)
Copyright (c) 2004 Boston Herald. All rights reserved.

**March 3, 2004**

Section: News

Mass. drug deaths on the rise; Feds note impact of **OxyContin**

DAVE WEDGE

A new federal study shows Bay State drug deaths have shot up 12 percent, which authorities say is the disturbing result of the **OxyContin** craze and the flow of cheap heroin into the state.

"I am concerned. It is approaching a crisis problem," Middlesex District Attorney Martha Coakley said of the surging death toll.

According to a study by the federal Substance Abuse and Mental Health Services Administration, drug-related deaths in the Boston area increased from 374 in 2001 to 419 in 2002 -- the highest total in five years.

The study of five Central and Eastern Massachusetts counties found Middlesex County had the highest number of drug deaths with 128, followed by Suffolk County with 124.

The lowest total was in Norfolk County, where there were 45.

And while most major cities have shown few signs of **OxyContin** woes, the powerful painkiller known generically as oxycodone killed 49 Bay Staters, making it the fourth-deadliest drug in Massachusetts.

"This whole **OxyContin** thing is certainly a contributing factor," said Hub drug counselor and recovering addict Matt Hoffman.

Judy Ball, project director for the Drug Abuse Warning Network, which authored the study for the federal agency, said comparisons to other similar-sized cities confirm Boston's **OxyContin** problem.

In Detroit and Dallas, for example, there were 842 and 439 drug deaths respectively, but oxycodone was not among the top 10 deadliest narcotics.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

3/3/04 BOSTONH 18                                                          Page 2

   Coakley said overdose victims are getting younger because of a flood of cheap, pure heroin and increased **OxyContin** abuse. She also said the deadly problem is creeping out of Lowell, Cambridge and other urban centers and into suburbs like Melrose, Wakefield and Stoneham.

   "It's cheaper to buy heroin for the night than a six-pack of beer," she said.

   Coakley said there were six fatal overdoses in her district in January and another 12 pending confirmation.

   She added that the actual number of drug deaths is likely higher because of lax reporting.

   To combat the crisis, she has directed her drug unit to focus on heroin and **OxyContin** sales to young people and is calling for better tracking of overdoses.

An influx of cheap heroin into Massachusetts, along with the popularity of **OxyContin,** has boosted the number of drug-related deaths in Boston to its highest level in five years.

| CITY | METRO POP. | TOTAL DRUG DEATHS | HEROIN DEATHS |
| --- | --- | --- | --- |
| Boston | 4 million | 419 | 192 |
| Baltimore | 2.6 million | 600 | 411 |
| Chicago | 8.5 million | 861 | 376 |
| Cleveland | 2.2 million | 180 | 47 |
| Dallas | 3.7 million | 439 | 84 |
| Detroit | 4.5 million | 842 | 320 |
| Las Vegas | 1.7 million | 376 | 103 |
| Miami | 2.3 million | 162 | 41 |
| New York | 9.4 million | 894 | 224 |
| Philly | 4.6 million | 820 | 344 |
| Phoenix | 3.3 million | 516 | 169 |

Source: federal Substance Abuse and Mental Health Services Administration

STAFF GRAPHIC

---- INDEX REFERENCES ----

NEWS SUBJECT: (Drug **Addiction** (1DR84); Health & Family (1HE30))

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**Westlaw.**  NewsRoom

6/30/05 BOSTONG A15                                                      Page 1

6/30/05 Boston Globe A15
2005 WLNR 10341365

Boston Globe (MA)
Copyright 2005 Globe Newspaper Company

**June 30, 2005**

Section: Op-Ed

THE **OXYCONTIN** EPIDEMIC

Steven A. Tolman

ACCORDING to a recent survey conducted by the US Substance Abuse and Mental Health Services Administration, in 2002-2003 Massachusetts ranked third among the 50 states for illicit drug dependence or abuse and had the highest rate in New England among those age 26 and older. To combat this epidemic, we are adding beds to rehab centers, increasing funding for preventive education, and looking into new, innovative programs like "sobriety high schools." However, more must be done, and we should begin by banning OxyContin. In 1996, Purdue Pharma introduced **OxyContin**, a drug that contains oxycodone, which is twice as potent as morphine; its controlled-release mechanism allows for a pill containing a massive dose to be slowly absorbed over a period of 12 hours when taken correctly.

Purdue then began aggressively marketing **OxyContin** to physicians, many of whom were not trained in pain management, billing the drug as an effective treatment for moderate-to-severe chronic pain. As a result, sales of **OxyContin** skyrocketed, reaching $1.3 billion in 2001, $1.5 billion in 2002, and $1.6 billion in 2003. By 2001, **OxyContin** had become the most frequently prescribed brand-name narcotic for treating moderate-to-severe chronic pain.

At the same time, abuse of **OxyContin** also soared. People began chewing pills or crushing and snorting them, destroying the controlled-release mechanism and achieving a quick and profoundly addictive high. **OxyContin** as an abused drug knows no age, gender, race, or socio-economic bounds. Pretty soon it was everywhere in our schools, workplaces and homes.

Purdue's response to this gathering threat was to give local law enforcement $1.7 million in grants, or 0.0005 percent of its profits, and their public education campaign features posters for schools that make light of the problem with outrageous messages like "Scalding hot bacon fat should not be used as after shave, and explosive diarrhea caused by prescription drug abuse ruins pants." Evidently, Purdue Pharma is unwilling to take this problem seriously.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

6/30/05 BOSTONG A15                                                        Page 2

After reaping billions from us, Purdue has left us with a monumental societal problem: an epidemic of **addiction**. Those who thought they could try **OxyContin** recreationally ended up alienated, addicted, homeless, in jail, sick, or even dead. **OxyContin** abuse is also a direct pathway to heroin abuse. With pills costing $80 each on the street, an **OxyContin addiction** is often too expensive to sustain. However, at $4 per bag, heroin costs less than a pack of cigarettes. Because today's heroin is significantly purer than it was 10 years ago, it can be ingested, sniffed, smoked, or injected via a needle, making it a versatile alternative. Heroin even comes in bags decorated with cartoon characters such as Elmo or Batman packaging focused blatantly at kids.

No one would argue that **OxyContin** has no benefit to society; it is an effective addition to the medicines currently used to treat chronic pain. However, public policy is about maintaining balance, and right now, the burden that **OxyContin** places on families in the Commonwealth clearly outweighs its benefit. As the Senate chair of the Mental Health and Substance Abuse committee, I am focused on finding ways to stem the tide of opiate abuse. Accordingly, I have filed legislation to ban **OxyContin** in Massachusetts.

This legislation provokes strong feelings from all sides. But I believe that we have a responsibility to the children, families, and communities of the Commonwealth to protect them from harm and confront the substance abuse epidemic that is sweeping this state.

Both the profits and the horrors of **OxyContin** may soon be eclipsed, however. Purdue Pharma has just received FDA approval for a new drug called Palladone. Whereas **OxyContin** is a 12-hour time release drug, Palladone is a morphine-based narcotic so potent that it is taken only once every 24 hours. It appears that Purdue Pharma is prepared to unleash yet another epidemic.

---- INDEX REFERENCES ----

COMPANY: PURDUE PHARMA LP

NEWS SUBJECT:   (Drug **Addiction** (1DR84); Health & Family (1HE30))

INDUSTRY:   (Mens Grooming (1ME92); Pharmaceuticals & Biotechnology (1PH13); Consumer Products & Services (1CO62); Personal Care & Beauty Aids (1PE87); Cosmetics & Fragrances (1CO83); Prescription Drugs (1PR52); After-Shave (1AF18))

REGION:   (Massachusetts (1MA15); USA (1US73); Americas (1AM92); New England (1NE37); North America (1NO39))

Language:  EN

OTHER INDEXING:   (COMMONWEALTH; ELMO; MENTAL HEALTH; **OXYCONTIN**; PURDUE PHARMA; SENATE; SUBSTANCE ABUSE COMMITTEE; US SUBSTANCE ABUSE)   (OxyContin; Palladone; Pretty; Purdue; Steven A. Tolman)

EDITION: THIRD

Word Count: 805

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.